B265 (Rev. 8/96) Certification of Judgment

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF _____Massachusetts_____

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Craig R. Jalbert,
Liquidating CEO, As Representative
Of The Estate of The Consolidated Debtors,
        Plaintiff

**04 MBD 10319**

v.

Products Unlimited, Inc.,
        Defendant.

Case Number:  03-4710

I, _James M. Lynch_____ Clerk of the United States Bankruptcy Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __**April 15, 2004**__, as it appears in the records of this court, and that:
                                                      Date,

      **Judgment is hereby entered in favor of Craig R. Jalbert, Liquidating CEO (the "Plaintiff") against KR Anderson Co., Inc., (the "Defendant") in the amount of $6,500.00, plus prejudgment interest at the rate set forth in 28 U.S.C. § 1961(a), calculated from the date of demand, October 31, 2003.**

☒    No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐    No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                                                                     (date)

☐    An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
              (name of court)                                (date)

☐    An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____
              (date)

__10/14/04__
  Date

__James M. Lynch__
Clerk

__Jannie M. Ryan__
(By) Deputy Clerk