UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

| | |
|---|---|
| In re:<br><br>ACT MANUFACTURING, INC, et al.,<br><br>　　　　　　Debtors.<br><br><br>CRAIG R. JALBERT,<br>LIQUIDATING CEO, AS<br>REPRESENTATIVE OF THE ESTATE<br>OF THE CONSOLIDATED DEBTORS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PRODUCTS UNLIMITED, INC.,<br><br>　　　　　　Defendant. | Chapter 11<br>Case No. 01-47641 (JBR)<br>(Substantively Consolidated)<br><br><br><br><br><br>Adversary Proceeding<br>No. 03-04710 |

### DEFAULT JUDGMENT

Judgment is hereby entered in favor of Craig R. Jalbert, Liquidating CEO (the "Plaintiff") against Products Unlimited, Inc. (the "Defendant") in the amount of $6,500.00, plus prejudgment interest at the rate set forth in 28 U.S.C. § 1961(a), calculated from the date of demand, October 31, 2003.

　　　　　　　　　　　　　　　　　　　　　　／s／ Joel B. Rosenthal
　　　　　　　　　　　　　　　　　　　　　　Honorable Joel B. Rosenthal
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Dated: 4/15/04

3660485v1



Certified to be a true and
correct copy of the original
James M. Lynch, Clerk
U.S. Bankruptcy Court
District of Massachusetts
By: Linda J. Andrade
　　　　Deputy Clerk
Date: 10-4-04